UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCHICK,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIFIED CARING ASSOCIATION D/B/A PERENNIAL CARE UCA, et al.,<br><br>        Defendants. | Case No. 18-cv-06889-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 20 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice as to the individual claims and without prejudice as to the claims of any putative class member. The Clerk shall close the case.

Dated: February 22, 2019

WILLIAM H. ORRICK
United States District Judge